FILED
NOV 1 8 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JAIME MENDOZA-SALAZAR <br><br> Defendant. | Criminal Case No. 11CR4730 - GT <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case, formerly scheduled for Monday, January 30, 2012 at 9:30 a.m., be changed to Monday February 9, 2012 at 9:30a.m., before this Court.

DATE: 11-17-11

HONORABLE GORDON THOMPSON JR.
United States District Judge